

## ORDERED in the Southern District of Florida on May 7, 2014.

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 09-33038-RBR
CHAPTER 13 CASE

IN RE:

PAUL J MCCALL

NANCY PINZON

Debtor(s).
_____/

### ORDER OF SUBSTITUTION OF COUNSEL
Re: *1397 NE 25 STREET, POMPANO BEA, FL 33064*

**THIS CASE** came before the Court upon the Ex Parte Motion for Substitution of Counsel and record for JPMORGAN CHASE BANK, N.A. (the "Client"), and the Court having considered the matter on the papers submitted, accordingly, it is:

**ORDERED AS FOLLOWS**:

1. That Antonio Alonso, Esq. is hereby substituted in this action in place of Scott R. Weiss, Esq. as counsel for the Client.

2. Scott R. Weiss, Esq., is relieved of all further responsibility as counsel of record in this action.

### ###

**Prepared and submitted by:**
Antonio Alonso, Esq.
Attorney for Creditor
Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@clegalgroup.com

Antonio Alonso**,** Esq. is directed to serve copies of this Order on all interested parties and file a certificate of service.